UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICKI SCHUPPE o/b/o J.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1677MLM |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion entered this date, the decision of the ALJ is reversed and this case is remanded to the Commissioner of Social Security for further action pursuant to sentence 4 of 42 U.S.C. § 405(g).

/s/Mary Ann L. Medler
**MARY ANN L. MEDLER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this   30th   day of August, 2005.